ACCEPTED
03-15-00174-CV
5663595
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/12/2015 4:11:56 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00174-CV

| | | |
|---|---|---|
| **LEVI MORIN** | § | |
| *Appellant,* | § | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS |
| **v.** | § | |
| | § | **THIRD COURT OF APPEALS** |
| **LAW OFFICE OF KLEINHANS** | § | **AUSTIN, TEXAS** |
| **GRUBER, PLLC,** | § | |
| *Appellee.* | § | |

## RESPONSE TO MORIN'S TWO MOTIONS TO EXTEND TIME

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Appellee, LAW OFFICE OF KLEINHANS GRUBER, PLLC, in the above styled and numbered cause, and moves the Court to deny LEVI MORIN's Motion for 14-day Briefing Extension and LEVI MORIN's Motion for 1-day Briefing Extension.

In addition to the three filing deadlines missed as set forth in Appellee's April 2, 2015 pleading, LEVI MORIN has missed two additional briefing deadlines and has failed to request extensions until after the deadlines were blown. This totals five blown deadlines.

These deadlines are all imposed to keep the case moving so Appellee is not further prejudice by delay. Deadlines serve no purpose if they are not enforced.

Appellee is significantly harmed by Appellant's failure to meet the May 27, 2015 deadline and the June 11, 2015 deadline as each day the negative Yelp posting

---

remains published on the internet and each day countless potential clients search for Appellee and come across this negative review and likewise, chose to hire other counsel rather than Appellee. Just a few days ago, on a call with a Yelp representative, the representative confirmed that Appellee's Yelp posting featuring Appellant's negative review, was highly trafficked, but the traffic wasn't turning into leads. Given Appellant's negative review is the only negative review of Appellee anywhere on the internet, it is clear that Appellant's review is causing Appellee significant daily financial harm.

Further, Appellee is significantly harmed as Appellee had specifically calendared time to work on the brief on and around the days following the original due date of May 27, 2015. Appellee's calendar was cleared from May 27, 2015 through June 3, 2015. Not having any idea when and if Appellant would be filing a brief after blowing the May 27, 2015 deadline and the June 11, 2015 deadline, Appellee's schedule is booked and it will be significantly harmful to Appellee's practice to have to cancel settings on other cases or delay work on other cases that were already calendared to try to make time to respond to the untimely filed brief.

It is also important to note that counsel for Appellant has always had excuses for his habitual missing of deadlines, and given this is his forth and fifth missed filing deadline, it is relevant to point out that Appellant has failed to produce any

doctor's notes or records of hospital stays.

Therefore, this Court should find that Appellee will be significantly harmed by the granting of Appellant's motions for extensions to file the brief because it will cause significant financial harm as set forth herein, likewise, this Court should deny Appellant's motions for extension.

Respectfully submitted,

LAW OFFICE OF KLEINHANS GRUBER, PLLC

By:_____

Kimberly G. Kleinhans
kim@lawofficeofkg.com
State Bar No. 24062755
Keith L. Kleinhans
keith@lawofficeofkg.com
State Bar No. 24065565
12600 Hill Country Blvd, Ste. R-275
Austin, Texas 78738
Telephone: 512.961.8512
Facsimile: 512.623.7320

## CERTIFICATE OF CONFERENCE

I conferred with Leif Olson and he opposes this pleading.

## CERTIFICATE OF SERVICE

I certify that a true copy of this pleading was served on each attorney of record or party in accordance with the Texas Rules of Appellate Procedure on June 12, 2015.

The Olsen Firm, PLLC
Leif Olsen
4830 Wilson Road, Ste. 300
Humble, Texas 77396
Telephone: 281.849.8382
Facsimile: 281.248.2190
Email: leif@olsonappeals.com
**VIA ESERVICE**

Kimberly G. Kleinhans
Keith L. Kleinhans